# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Warner Bros. Entertainment Inc.
                              Plaintiff,

v.                                              Case No.: 1:24−cv−09879
                                                Honorable Elaine E. Bucklo

Happy Action, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

    MINUTE entry before the Honorable Elaine E. Bucklo: Ruling on Defendant 134–Lovessales's motion to modify the temporary restraining order to modify the asset restraint [37] is reset for 12/13. The Court will issue a ruling by mail. Defendant ptyboutique filed a notice withdrawing its motion to dismiss for lack of jurisdiction [57]. Accordingly, defendant ptyboutique's motion to dismiss for lack of jurisdiction [55] and the associated briefing schedule set at [60] are stricken as moot. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.